JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/fax (702) 258-6983
jp@kemp-attorneys.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

MARY I. AUSTIN,

                Plaintiff,

vs.

LISA/CARRISON, Ltd., a Nevada Corporation; PUTTER'S BAR & GRILL; SPECTATORS BAR & GRILL; ROE business organizations I-X; DOE individuals I-X,
                Defendants.

Case No.: 2:09-cv-02390-KJD-LRL

**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**

The parties by and through their undersigned respective counsel of record, hereby stipulate and respectfully request that the Court order that this case, number 2:09-cv-02390, be dismissed with prejudice with each party to bear its own attorneys fees and costs.

Dated: July 29, 2010

_/s/ James P. Kemp_
JAMES P. KEMP, ESQ.
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
Attorney for Plaintiff

Dated: July 29, 2010

_/s/ Kathleen M. Paustian_
KATHLEEN M. PAUSTIAN, ESQ.
GONZALEZ SAGGIO & HARLAN, LLP
411 E. Bonneville Ave., Suite #100
Las Vegas, NV 89101
Attorney for Defendants

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Dated: 8/2 , 2010.